```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 10416
   ALFREDO G HIDALGO
                                              CHAPTER 13

                                              JUDGE: JOHN H SQUIRES

               Debtor
   SSN XXX-XX-1230


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/11/07 .

   2.  The case was dismissed without confirmation, 10/26/2007.
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JP MORGAN CHASE BANK | CURRENT MORTG | .00 | .00 | .00 |
| JP MORGAN CHASE BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| DEUTSCHE BANK | CURRENT MORTG | .00 | .00 | .00 |
| DEUTSCHE BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| DEUTSCHE BANK | CURRENT MORTG | .00 | .00 | .00 |
| DEUTSCHE BANK | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| HSBC MORTGAGE SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| HSBC MORTGAGE SERVICES | MORTGAGE ARRE | NOT FILED | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| AMERIQUEST | UNSECURED | NOT FILED | .00 | .00 |
| BRINKS | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS ALLIANCE INC | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NCO FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| ORCHARD BANK | UNSECURED | NOT FILED | .00 | .00 |
| PENTAGROUP FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES ENERGY | UNSECURED | NOT FILED | .00 | .00 |
| POLO TOWERS | UNSECURED | NOT FILED | .00 | .00 |
| REDLINE RECOVERY SRVS | UNSECURED | NOT FILED | .00 | .00 |
| BENNETT & DELONEY | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

```
                        SECURED      PRIORITY    UNSECURED         OTHER          TOTAL
--------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED          .00           .00          .00           .00            .00
PRINCIPAL PAID              .00           .00          .00           .00            .00
INTEREST PAID               .00           .00          .00           .00            .00
TOTAL PAID                  .00           .00          .00           .00            .00
```
The Debtor's attorney, PHILIP A IGOE                         , was allowed $        .00
and was paid $       .00 .

The Trustee received $         .00 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 10/14/07                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE